UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GREER TRANSPORT LLC,

    Debtor.

Case 3:23-bk-00124-JAB
Chapter 11 Subchapter V

**CERTIFICATE OF SUBSTANTIAL CONSUMMATION**

I make this statement as a manager of the Debtor, Greer Transport LLC to show substantial consummation of a confirmed plan.

1. I have possession and custody of books and records relating to the payment of claims and distribution of property under the Chapter 11 Plan of Debtor, Greer Transport LLC, dated April 18, 2023 [Doc 58] (the "Plan").

2. Property has been distributed pursuant to the provisions of the *Order Confirming Chapter 11 Subchapter V Plan and Scheduling Status Conference* dated August 18, 2023 [Doc 124] which confirmed the Plan.

3. The effective date of the Plan is October 15, 2023.

4. Payments under the confirmed Plan for classified claims commenced on the effective date of the plan and will continue for a total of 36 months.

5. The sum of $13,965.00 each month is dedicated to Plan payments.

6. The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2) as set forth below.

*Distribution to Those Holding Administrative Claims*

7. Aaron R. Cohen, Trustee, was granted an administrative claim for trustee fees and expenses approved by the court in the amount of $3,013.80 in an order dated August 17, 2023 Doc 122]. This claim has been satisfied.

8. Richard A. Perry, attorney for Debtors, was granted an administrative claim for attorney fees and expenses approved by the court in the amount of $27,003.22 in an order dated September 27, 2023 [Doc 130]. The attorney has agreed to accept deferred payments and has received $14,475.10 of the total amount owed.

*Distribution to Those Holding Classified Claims*

9. Class 1 is the secured claim of Leaf Capital Funding, LLC ("Leaf Capital") represented by Claim 8. Leaf Capital holds a purchase money security interest in fleet management software used by the Debtor in the commercial trucks which it owns. The claim is secured and in the amount of $33,702.62. The Plan provides this creditor shall receive 36 equal monthly payments of $1,080.00. This equals the amount of the claim together with interest at the contract rate of 9.54% per annum. This class has received two monthly payments which commenced October 15,2023.

10. Class 2 is the secured claim of the US Small Business Administration ("SBA") represented by Claim 12 in the amount of $537,859.59. The payments under the loan documents is $2,437.00 each month commencing November 15,203. The initial payment of $2,437.00 has been paid.

11. Class 3 is comprised unsecured priority claims entitled to priority under §507(a)(8) . Two Creditors hold three claims in this case. The Plan provides that claims in this class will receive 36 equal monthly payments sufficient to satisfy the amount of

the unsecured claims without interest which are as follows:

    a. The Internal Revenue Service ("IRS") holds Claim 5-3 which is in part a claim entitled to priority under §507(a)(8) in the amount of $3,104.83. This class received an initial disbursement on October 15, 2023 in the amount of $86.25 and a second disbursement on November 15,2023 in the amount of $86.25.

    b. The Florida Department of Revenue holds Claim 13 which is in part a claim entitled to priority under §507(a)(8) in the amount of $40,695.66. This class received an initial disbursement on October 15, 2023 in the amount of $1,130.44 and a second disbursement on November 15,2023 in the amount of $1,130.44.

    c. The Florida Department of Revenue holds Claim 14 which is in part a claim entitled to priority under §507(a)(8) in the amount of $908.00. This class received an initial disbursement on October 15, 2023 in the amount of $25.22 and a second disbursement on November 15,2023 in the amount of $25.22.

    12. Class 4 is comprised of unsecured non-priority claims of the Debtor. The Plan provides that the sum of $13,965.00 each month is dedicated to Plan payments. The claims in this class are entitled to a payment each month equaling all remaining amounts after payments are made to those holding administrative claims and those holding claims in Class 1, Class 2 and Class 3. The following creditors in this class received payments October 15,2023 and November 15, 2023 totaling the amounts set forth below in Exhibit "A".

**DECLARATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury that the information provided in this statement is true and correct to the best of our knowledge and belief.

Date: December 11, 2023        GREER TRANSPORT LLC

/s/Charles A. Greer
CHARLES A. GREER
Manager and Member

**CERTIFICATE OF SERVICE**

Date of Service: December 11, 2023

Recipients: Those listed on the attached mail matrix attached as Exhibit "B".
I certify that on the date of service indicated above, the above document and all attachments were served by first class mail postage prepaid, on the recipients listed above, if they are non-CM/ECF users.

RICHARD A. PERRY, P.A.
Law Practice

/s/ Richard A. Perry
RICHARD A. PERRY
Fla. Bar No. 394520
820 East Fort King Street
Ocala, FL 34471-2320
(352) 732-2299
richard@rapocala.com

Attorney for Debtor

# EXHIBIT "A"

| SOURCE | CLASS 4 UNSECURED NON-PRIORITY CLAIMS NAME OF CREDITOR | CLAIM AMOUNT | PERCENTAGE | MONTHLY DISTRIBUTION MONTH 1-5 | MONTHLY DISTRIBUTION MONTH 6-36 | ADDDRESS |
|---|---|---|---|---|---|---|
| SCHEDULE F 3.5 | **CEDAR ADVANCE** | $ 108,627.27 | 17.87 | $2,080.97 | 1645.47 | CEDAR ADVANCE 2917 AVE 1 BROOKLYN, NY11210 |
| CLAIM 7 | **CONLAN TIRE CO** | $ 17,052.72 | 2.8 | $326.06 | 257.93 | CONLAN TIRE CO., LLC 12225 STEPHENS RD WARREN MI 48089 |
| CLAIM 13 AND 14 | **FL. DEPARTMENT OF REVENUE** | $ 3,827.07 | 0.63 | $ 73.36 | 58.01 | FL DEPARTMENT OF REVENUE BANKRUPTCY P.O. BOX 8045 TALLAHASSEE, FL 32314-8045 |
| CLAIM 11 | **FOX CAPITAL GROUP INC.** | $ 120,743.16 | 19.86 | $2,312.71 | 1828.72 | 1920 E HALLANDALE BEACH BLVD, SUITE 505 HALLENDALE FL 33009 |
| CLAIM 10 | **HEADWAY CAPITAL** | $ 51,635.53 | 8.48 | 988.67 | 781.77 | HEADWAY CAPITAL 175 W JACKSONVILLE BLVD STE 1000 CHICAGO IL 60604 |
| CLAIM 5 | **INTERNAL REVENUE SERVICE** | $6,212.58 | 1.02 | 118.78 | 93.92 | INTERNAL REVENUE SERVICE 400 W BAY STREET, M/S 572 JACKSONVILLE, FL 32202 |
| CLAIM 6 | **NEWCO CAPITAL GROUP** | $ 21,492.70 | 3.54 | 412.24 | 325.97 | NEWCO CAPITAL GROUP 80 BROAD ST STE 3303 NEW YORK, NY 10004 |
| CLAIM 9 | **PAYCHEX** | $ 20,484.08 | 3.39 | 393.60 | 311.23 | PAYCHEX 1025 GREENWOOD BLVD STINSON LAKE NH 03274 |
| CLAIM 2 | **PENSKE TRUCK LEASING** | $ 208,248.33 | 34.25 | 3,988.44 | 3153.76 | 840 W HAMILTON ST ALLENTOWN PA 18101 |
| CLAIM 3 | **TRANSFORM SR HOLDING MGT** | $44,700.00 | 7.35 | 855.91 | 676.8 | KEN SWAGER DVP LOGISTICS OPERATIONS 5401 TRILLIUM BLVD, #A120 HOFFMAN ESTATES IL 60192 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHEDULE F 3.25 | **TRUIST** | | $4,936.32 | 0.81 | $94.33 | 74.59 | TRUIST 303 PEACHTREE ST |
| | | $ | **607,959.76** | 100 | $11,645.07 | $9,208.17 | |

EXHIBIT "B"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:23-bk-00124-JAB<br>Middle District of Florida<br>Jacksonville<br>Mon Dec 11 15:57:37 EST 2023 | ADVANCED RECOVERY GROUP<br>30 TWO BRIDGES RD STE 100<br>Fairfield, NJ 07004-1546 | ALISON GREER<br>486 NW 66TH AVE<br>Ocala, FL 34475 |
| ALLIANZ GLOBAL CORPORATE AND SPECIALITY<br>AGCS MARINE INSURANCE COMPANY<br>PO BOX 0522<br>CAROL STREAM IL 60132-0522 | AMY BURKE MORRIS<br>C/O MORGAN & MORGAN<br>20 N. ORANGE AVE STE 1600<br>Orlando, FL 32801-4624 | ARSENAL FUNDING<br>8 W 36TH ST<br>7TH FLOOR<br>New York, NY 10018-9774 |
| BERKOVITCH & BOUSKILA<br>80 BROAD STREET<br>STE 3303<br>New York, NY 10004-2845 | BIZFUND<br>762 N ORANGE ST<br>Wilmington, DE 19801-1000 | BRENNAN & CLARK<br>721 EAST MADISON ST<br>Villa Park, IL 60181-3083 |
| BUSINESS CAPITAL PROVIDERS<br>2501 HOLLYWOOD BLVD<br>STE 210<br>Hollywood, FL 33020-6632 | Berkovitch & Bouskila, PLLC<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970-2951 | CEDAR ADVANCE<br>2917 AVE I<br>Brooklyn, NY 11210-2934 |
| CHARLES A GREER<br>486 NW 66TH AVE<br>Ocala, FL 34475 | CONLAN TIRE CO<br>12225 STEPHENS RD<br>Warren, MI 48089-2010 | CT CORPORATION SYSTEM<br>330 N BRAND BLVD<br>STE 700<br>Glendale, CA 91203-2336 |
| Ronnie S Carter<br>United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Aaron R. Cohen<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 | DLP FUNDING LLC<br>101 LAKE SHORE DRIVE<br>Monticello, NY 12701-4006 |
| FL DEPT OF TRANS/ SUNPASS<br>P.O. BOX 447<br>Ocoee, FL 34761-0447 | FLEETONE HOLDINGS<br>PO BOX 630038<br>Cincinnati, OH 45263-0038 | FORWARD FINANCING<br>53 STATE ST 20TH FLOOR<br>Boston, MA 02109-2820 |
| FOX CAPITAL INC<br>1920 E Hallandale Beach Blvd<br>Suite 505<br>Hallandale, FL 33009-4723 | (p)FUNDBOX  INC<br>300 MONTGOMERY ST<br>SUITE 900<br>SAN FRANCISCO CA 94104-1921 | FUNDBOX<br>6900 DALLAS PKY STE 700<br>Plano, TX 75024-7188 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Fox Capital Group, Inc.<br>1920 E. Hallandale Beach Blvd., Ste. 503<br>Hallandale Beach, FL 33009-4723 |
| Fundbox, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Greer Transport LLC<br>486 NW 68TH Avenue<br>Ocala, FL 34482-8234 | HEADWAY CAPITAL<br>175 W JACKSONVILLE BLVD<br>STE 1000<br>Chicago, IL 60604 |

| | | |
|---|---|---|
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jose D. Echevarria, Esq.,<br>11 Braodway, Suite 615<br>New York, NY 10004 | Jill E Kelso<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | LEAF CAPITAL FUNDING LLC<br>2330 I-30 MESQUITE<br>Mesquite, TX 75150 |
| LEAF Capital Funding<br>2005 Market Street 14 FL<br>Philadelphia PA 19103-7009 | LIEBERMAN AND LESTZICK<br>P.O. BOX 356<br>Cedarhurst, NY 11516-0356 | Marion County Tax Collector<br>P.O. Box 970<br>Ocala FL 34478-0970 |
| NEWCO<br>80 BROAD STREET<br>STE 3303<br>New York, NY 10004-2845 | NOVUS CAPITAL FUNDING LLC<br>970 LAKE CARILLON DR<br>Saint Petersburg, FL 33716-1129 | NewCo Capital Group VI LLC<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970-2951 |
| ONDECK CAPITAL INC.<br>1400 BROADWAY<br>New York, NY 10018-5300 | PAYCHEX<br>1025 GREENWODD BLVD<br>Stinson Lake, NH 03274-6000 | PENSKE TRUCK LEASING<br>840 WEST HAMILTON ST<br>Allentown, PA 18101-2455 |
| Penske Truck Leasing Co., L.P.<br>P.O. Box 563<br>Reading, PA 19603-0563 | Richard Perry<br>820 E. Fort King Street<br>Ocala, FL 34471-2320 | Richard A. Perry<br>Richard A. Perry, P.A.<br>820 East Fort King Street<br>Ocala, FL 34471-2320 |
| RESTORED 121 TRUST<br>9300 METCALF AVE<br>Overland Park, KS 66212-1463 | ROBIN FUNDING GROUP<br>826 BROADWAY 9TH FLOOR<br>New York, NY 10003-4826 | SBA<br>409 3RD ST SW<br>Washington, DC 20416-0005 |
| SBA<br>7825 BAYMEADOWS WAY<br>SUITE 100B<br>Jacksonville, FL 32256-7549 | SCHECTER LAW OFFICE PLLC<br>2371 MCDONALD AVE<br>Brooklyn, NY 11223-4738 | SPECIALITY CAPITAL<br>6860 AUSTIN ST<br>STE 603<br>Forest Hills, NY 11375-4245 |
| (p)SPECIALTY CAPITAL  LLC<br>224 W 35TH STREET SUITE 500 UNIT 583<br>NEW YORK NY 10001-2538 | STEVEN & LEE<br>840 WEST HAMILTON ST<br>Suite 521<br>Allentown, PA 18101-2456 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | T Mobile/T-Mobile USA Inc by American InfoSo<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| TALMADGE TRUCKING LLC<br>3808 EAST FORT KING ST<br>Ocala, FL 34470-1315 | TRANSFORM SR HOLDING MGT<br>3333 BEVERLY RD<br>B6224A<br>Hoffman Estates, IL 60179-0001 | TRUIST BANK<br>303 PEACHTREE STREET<br>Atlanta, GA 30308-3253 |
| The United States of America on behalf of th | Transform SR Holding Management, LLC<br>Ken Swager, DVP Logistics Operations<br>5401 Trillium Blvd, #A120<br>Hoffman Estates, IL 60192-3411 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Small Business Administration<br>7825 Baymeadows Way, Suite 100-B<br>Jacksonville, FL 32256-7543 | US BANK EQUPIMENT FINANCE<br>1310 MADRID ST<br>STE 101<br>Marshall, MN 56258-4002 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | YANA CHECHELNITSKY LLC<br>61-43 186TH ST<br>STE 450<br>Fresh Meadows, NY 11365-2710 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| FUNDBOX<br>300 MONTGOMERY ST<br>San Francisco, CA 94104 | SPECIALTY CAPITAL, LLC<br>6860 Austin Street, Suite 603<br>FOREST HILLS, NY 11375 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)DIRECT BIZ CAPITAL<br>160 PEARL STREET<br>NY 10050 | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     1<br>Total                   71 |