UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                CASE NO. 3:23-bk-00124-JAB
                                                      Chapter 11
GREER TRANSPORT, LLC,

     Debtor.

_____

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Aaron R. Cohen, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $4,430.40. A plan was confirmed on August 18, 2023. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on August 17, 2023, the Court ordered compensation of $3,013.80 be awarded to the trustee and on September 22, 2023, the Court ordered compensation of $1,416.60 be awarded to the trustee. These funds were taken from trust on August 18, 2023 and September 29, 2023 respectively. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: January 3, 2024.

/s/ Aaron R. Cohen

_____
Aaron R. Cohen
P.O. Box 4218
Jacksonville, Florida 32201
Tel: 904-389-7277
FL Bar #558230
aaron@arcohenlaw.com
Subchapter V Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.